AO 240 (1/94)

# United States District Court
### DISTRICT OF COLUMBIA

FILED
MAY 07 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ROBERT WHITE,**
            Plaintiff,

V.

**FEDERAL BUREAU OF INVESTIGATION, et al.,** Defendant.

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07-838 JDB

I, _Robert White #08350-027_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:        ☒ Yes     ☐ No      (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _Duluth, Minnesota (FPC)_

   Are you employed at the institution? _N/A_   Do you receive any payment from the institution? _yes_

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?       ☐ Yes     ☒ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment      ☐ Yes   ☐ No
   b. Rent payments, interest or dividends               ☐ Yes   ☐ No
   c. Pensions, annuities or life insurance payments     ☐ Yes   ☐ No
   d. Disability or workers compensation payments        ☐ Yes   ☐ No
   e. Gifts or inheritances                              ☐ Yes   ☐ No
   f. Any other sources                                  ☐ Yes   ☐ No

RECEIVED
APR 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

2

AO 240 (1/94)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

__4-17-07__        __Robert White__        : Robert White
DATE                SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __100.29__ on account to his/her credit at (name of institution) __P.O. BOX 1000__ . I further certify
FEDERAL PRISON CAMP 15-10-0130-1
DULUTH, MN 55814
that the applicant has the following securities to his/her credit: __-0-__

_____ . I further certify that during the past six months the applicant's

average balance was $ __82.36__ .

FEDERAL PRISON CAMP 15-10-0130-1
P.O. BOX 1000
DULUTH, MN 55814

__4-17-07__        __Anita J. Martsuk__
DATE                SIGNATURE OF AUTHORIZED OFFICER