**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT WHITE,<br>#08350-027<br>P.O. Box 1000<br>Duluth, MN 55814<br><br>            Plaintiff,<br><br>     v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>F.B.I. Blvd., Pennsylvania Ave.,<br>Washington, D.C.  20535-0001<br><br>UNITED STATES ATTORNEYS,<br>600 East Street, N.W., Room 7300<br>Washington, D.C.  20530<br><br>and<br><br>INTERNAL REVENUE SERVICE,<br>1111 Constitution Ave., N.W.<br>Washington, D.C.  20224<br><br>            Defendants. | Civil Action No. 07–0838 (JDB) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Jonathan C. Brumer, Special Assistant U.S. Attorney, as counsel of record for defendants in the above-captioned case.

Respectfully submitted,


\_\_/s/_____
JONATHAN C. BRUMER, D. C. BAR # 463328
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the foregoing Notice of Appearance was served on plaintiff, pro se, by first class mail, postage prepaid, addressed as follows:

     ROBERT WHITE
     #08350-027
     Duluth Federal Prison Camp
     Inmate Mail/Parcels
     P.O. Box 1000
     Duluth, MN 55814

on this 17th day of May, 2007.

          __/s/_____
          JONATHAN C. BRUMER, D. C. BAR # 463328
          Special Assistant United States Attorney
          Judiciary Center Building
          555 Fourth Street, N.W., Room E4815
          Washington, D.C. 20530
          (202) 514-7431
          (202) 514-8780 (facsimile)