UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07–0838 (JDB) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ) | |
| UNITED STATES ATTORNEYS, ) | |
| ) | |
| and ) | |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants, the Federal Bureau of Investigation, the Executive Office for United States Attorney's Office's Freedom of Information/Privacy Act Staff, and the Internal Revenue Service, by and through undersigned counsel, respectfully move this Court to enlarge the time to answer or otherwise respond to the Complaint.

Defendants request that the deadline for responding to the Complaint be extended by forty five days, from June 7, 2007 to July 23, 2007.  This is Defendants' first request for an enlargement of time in this case, and no scheduling order has been entered.  The undersigned counsel did not attempt to contact *pro se* Plaintiff for his consent, because Plaintiff is incarcerated, rendering such a step impracticable.

In support of their motion, Defendants aver the following:

1. On May 8, 2007, the United States, through the United States Attorney's Office, was

served with the Complaint. The Summons attached to the Complaint and the docket report for this action both incorrectly indicate that the Defendants have 60 days in which to respond. In fact, because the present matter was filed pursuant to the Freedom of Information Act ("FOIA"), the Defendants actually have 30 days in which to respond to Plaintiff's Complaint. See 5 U.S.C. § 552(a)(4)(c). Consequently, Defendants' Answer or other Response to the Complaint is due by June 7, 2007.

    2. Defendants request that the deadline for responding to the Complaint be extended by forty five days, from June 7, 2007 to July 23, 2007.

    3. This enlargement of time is sought for three reasons. First, the undersigned Counsel for Defendants, Jonathan C. Brumer, just began a detail at the United States Attorney's Office on May 7, 2007, and this case was assigned to him on or about May 17, 2007. Because this action concerns the disposition of three separate FOIA requests by three separate agencies and because of the cursory nature of Plaintiff's Complaint, Mr. Brumer will need some time to familiarize himself with the procedural history of this case and the relevant legal authorities, confer with agency counsel at each of these agencies about the circumstances of this case, and prepare an appropriate response to Plaintiff's Complaint. Mr. Brumer anticipates that he may want to file a dispositive motion in response to Plaintiff's Complaint, which will require additional time for preparation. Second, counsel for Defendants has several imminent deadlines within the next three weeks in his other cases, including: Answers and/or dispositive motions in Federal Cure v. Lappin, Civil Action No. 07-843 (D.D.C.), Murthy v. Johanns, Civil Action No. 06-2208 (D.D.C.), and Grossman v. Gutierrez, 07-353 (D.D.C.); Responses to Orders to Show Cause in Mitchell v. Federal Bureau of Prisons, Civil Action No. 05-05420 (D.C. Cir.) and Watts v.

Gonzalez, 06-777 (D.D.C.); and a Reply brief in Kotz v. Lappin, *et. al.*, Civil Action No. 07-0856 (D.D.C.). Third, the Counsel for Defendants is currently waiting for his agency counsel contacts to send him information and documents which are required before he can formulate an appropriate response to Plaintiff's Complaint. Consequently, Defendants request the additional time in order to further confer and better address the relevant issues in this case.

    4. This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendants some additional time to formulate their response will aid both the parties and the Court in the development and resolution of this case.

    WHEREFORE, based on the foregoing, Defendants respectfully request that the time for answering or otherwise responding to Plaintiff's Complaint be extended to July 23, 2007.

    Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion for Enlargement of Time was served on plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

>Robert White
>R 08350-027
>DULUTH FEDERAL
> PRISON CAMP
>Inmate Mail/Parcels
>P.O. Box 1000
>Duluth, MN 55814

on this 4th of June, 2007.

>s/Jonathan C. Brumer
>JONATHAN C. BRUMER, D.C. BAR # 463328
>Special Assistant United States Attorney
>555 4th Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT WHITE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>UNITED STATES ATTORNEYS,<br><br>and<br><br>INTERNAL REVENUE SERVICE,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 07–0838 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

UPON CONSIDERATION of Defendants' Motion for Enlargement of Time to respond to the complaint, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendants' Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that Defendants shall have until July 23 2007, to respond to the Complaint.

_____
JOHN D. BATES
United States District Court Judge

Copies of this order to:

Robert White
R 08350-027
Duluth Federal Prison Camp
Inmate Mail/Parcels
P.O. Box 1000
Duluth, MN 55814

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530