UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROBERT WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07–0838 (JDB) |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| | ) | |
| UNITED STATES ATTORNEYS, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants, the Federal Bureau of Investigation, the Executive Office for United States Attorney's Office's Freedom of Information/Privacy Act Staff, and the Internal Revenue Service, by and through undersigned counsel, respectfully move this Court to enlarge the time to answer or otherwise respond to the Complaint. The undersigned counsel did not attempt to contact *pro se* Plaintiff for his consent, because Plaintiff is incarcerated, rendering such a step impracticable.

Defendants request that the deadline for responding to the Complaint be extended by thirty days, from July 23, 2007 to August 22, 2007. This is Defendants' second request for an enlargement of time in this case, and no scheduling order has been entered.

In support of their motion, Defendants respectfully state as follows:

1. On May 7, 2007, Plaintiff filed his Complaint. See Docket Entry No. 1. On May 8,

2007, the United States, through the United States Attorney's Office, was served with the Complaint. Because the present matter was filed pursuant to the Freedom of Information Act ("FOIA"), the Defendants had 30 days in which to respond to Plaintiff's Complaint. See 5 U.S.C. § 552(a)(4)(c). Consequently, Defendants' Answer or other Response to the Complaint was originally due by June 7, 2007.

2. On June 4, 2007, Defendants filed a Motion for Enlargement of Time, their first in this case. In that Motion, Defendants respectfully requested that their deadline for responding to Plaintiff's Complaint be extended by forty five days, from June 7, 2007 to July 23, 2007. See Docket Entry No. 7.

3. On June 5, 2007, the Court issued a Minute Order in which it granted Defendant's Motion for Enlargement, and instructed Defendants to file their Answer or Other Response to the Complaint by July 23, 2007.

4. Counsel for Defendants anticipates filing a dispositive motion in response to the Complaint. Despite his best efforts, he will not be able to complete an adequate response to the Complaint by July 23, 2007.

5. Because this action concerns the disposition of three separate FOIA requests by three separate agencies and because of the cursory nature of Plaintiff's Complaint, the undersigned counsel will need some additional time to familiarize himself with the procedural history of this case and the relevant legal authorities, confer with agency counsel at each of these agencies about the circumstances of this case, and prepare an appropriate response to Plaintiff's Complaint. Moreover, the Counsel for Defendants is currently waiting for one of his three agency counsel contacts to send him information and documents which are required before he can formulate an

appropriate response to Plaintiff's Complaint.

    6. Since June 5, 2007, when this Court granted Defendant's First Motion for Enlargement of Time, the undersigned counsel has contended with numerous deadlines in his other cases. During that period, he prepared and filed the following pleadings, among others: (1) a Reply brief in Kotz v. Lappin, *et. al.*, Civil Action No. 07-0856 (D.D.C.); (2) a Response to an Order to Show Cause in Mitchell v. Federal Bureau of Prisons, Civil Action No. 05-05420 (D.C. Cir.); (3) a Response to an Order to Show Cause in Watts v. Gonzalez, Civil Action No. 06-777 (D.D.C.); (4) a Motion to Dismiss or, in the Alternative, for Summary Judgment in Bonaparte v. United States Department of Justice, 07-749 (D.D.C.); (5) an Answer in Delgado v. Gonzales, Civil Action No. 07-256 (D.D.C.); and (6) a Motion to Dismiss, or in the Alternative, for Summary Judgment in Murthy v. Johanns, 06-2208 (D.D.C.). During this period, he also filed a Motion for Protective Order and drafted and served a set of interrogatories, a set of requests for production, a deposition notice, and a response to a discovery request for Von Muhlenbrock v. Billington, Civil Action No. 05-1921 (D.D.C.). During this time frame, he was also forced to seek enlargements of time concerning other deadlines in still other cases.

    7. Within the next fifteen days, counsel for Defendants will have numerous imminent briefing deadlines in his other cases, including Answers and/or Dispositive Motions in: (1) Federal Cure v. Lappin, Civil Action No. 07-843 (D.D.C.); (2) Johnson v. Fenty, Civil Action No. 07-935 (D.D.C.); (3) Dews-Miller v. Rice, Civil Action No. 06-1764 (D.D.C.); and (4) West v. Jackson, 07-727 (D.D.C.); and a Reply brief in Murthy v. Johanns, 06-2208 (D.D.C.). In addition, the undersigned counsel will be responsible for conducting a deposition in Von Muhlenbrock v. Billington, Civil Action No. 05-1921 (D.D.C.) next week.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendants some additional time to formulate their response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendants respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to August 22, 2007.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 19th of July, 2007, the foregoing Motion for Enlargement of Time was served on plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

>Robert White
>R 08350-027
>DULUTH FEDERAL
> PRISON CAMP
>Inmate Mail/Parcels
>P.O. Box 1000
>Duluth, MN 55814

>s/Jonathan C. Brumer
>JONATHAN C. BRUMER, D.C. BAR # 463328
>Special Assistant United States Attorney
>555 4th Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT WHITE,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>UNITED STATES ATTORNEYS,<br><br>and<br><br>INTERNAL REVENUE SERVICE,<br><br>  Defendants. | Civil Action No. 07–0838 (JDB) |

## ORDER

UPON CONSIDERATION of Defendants' Motion for Enlargement of Time to respond to the complaint, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendants' Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that Defendants shall have until August 22, 2007, to respond to the Complaint.

_____
JOHN D. BATES
United States District Court Judge

Copies of this order to:

Robert White
R 08350-027
Duluth Federal Prison Camp
Inmate Mail/Parcels
P.O. Box 1000
Duluth, MN 55814

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530