UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07–0838 (JDB) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ) | |
| UNITED STATES ATTORNEYS, ) | |
| ) | |
| and ) | |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendants. ) | |

## ERRATA

On August 23, 2007, Defendants, the Federal Bureau of Investigation, the United States Attorney's Office, and the Internal Revenue Service, filed a Notice of Plaintiff's New Address on the Electronic Case Filing ("ECF") system. See Docket Entry No. 10. Overnight, the undersigned counsel realized that he had inadvertently included some language in one sentence of this document which did not need to be a part of the public record. Accordingly, out of abundance of caution, the Defendants are filing herewith a Corrected Notice of Plaintiff's New Address. They respectfully request that the original Notice of Plaintiff's New Address (Docket Entry No. 10) not appear on the docket sheet (or at least that the document not be accessible from that docket sheet), and that the attached Corrected Notice of Plaintiff's New Address be filed instead.

Dated: August 24, 2007                    Respectfully submitted,


    /s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


    /s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 24th of August, 2007, the foregoing *Errata* was served on Plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

Robert White
R 08350-027
Porter County Jail
2755 South State Road 49
Valparaiso, Indiana 46383

s/Jonathan C. Brumer
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 4th Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07–0838 (JDB) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ) | |
| UNITED STATES ATTORNEYS, ) | |
| ) | |
| and ) | |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendants. ) | |

**CORRECTED NOTICE OF PLAINTIFF'S NEW ADDRESS**

The undersigned counsel for the Defendants, the Federal Bureau of Investigation, the United States Attorney's Office, and the Internal Revenue Service, learned today that the *pro se* Plaintiff, Robert White was recently transferred from the Federal Prison Camp in Duluth, Minnesota to a prison in Indiana. Consequently the address listed in Plaintiff's Complaint and on the Court's docket sheet is no longer accurate. Although it is technically Plaintiff's obligation to notify the Court and other parties of changes in his address[1], as a courtesy to the Court, and in order to ensure that Plaintiff will continue to receive the Defendants' filings and the Court's orders, the Defendants wish to advise the Court of Plaintiff's new mailing address. The undersigned counsel has been advised that the Plaintiff's current (temporary) mailing address is as follows:

---

[1] See, e.g., LcvR 5.1(e); Rauch v. Chertoff, 451 F.Supp.2d 147, 149, n. 3 (D.D.C. 2006); McCants v. Glickman,180 F.Supp.2d 35, 39 (D.D.C. 2001)

Robert White
R 08350-027
Porter County Jail
2755 South State Road 49
Valparaiso, Indiana 46383

It is expected that Plaintiff will be returned to the Federal Prison Camp in Duluth, Minnesota within the next few months, although the undersigned counsel has not been able to ascertain the date on which that will occur. The undersigned counsel will certainly notify the Court if he is informed of that date.

Dated: August 24, 2007                          Respectfully Submitted,


                                                __/s/_____
                                                JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                United States Attorney

                                                __/s/_____
                                                RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                Assistant United States Attorney


                                                __/s/_____
                                                JONATHAN C. BRUMER, D.C. BAR # 463328
                                                Special Assistant United States Attorney
                                                555 Fourth Street, N.W., Room E4815
                                                Washington, D.C. 20530
                                                (202) 514-7431
                                                (202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, on this 24th of August, 2007, the foregoing *Corrected Notice of Plaintiff's Address* was served on plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

Robert White
R 08350-027
Porter County Jail
2755 South State Road 49
Valparaiso, Indiana 46383

                                           s/Jonathan C. Brumer
                                           JONATHAN C. BRUMER, D.C. BAR # 463328
                                           Special Assistant United States Attorney
                                           555 4th Street, N.W., Room E4815
                                           Washington, D.C. 20530
                                           (202) 514-7431
                                           (202) 514-8780 (facsimile)