UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001

RECEIVED
SEP 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROBERT WHITE, )
)
Plaintiff, )
vs. ) CASE NO. 07-0838(JDB)
)
FEDERAL BUREAU OF INVESTIGATIONS, )
UNITED STATES ATTORNEYS, )
and )
INTERNAL REVENUE SERVICE, )
)
Defendants. )

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Plaintiff, Robert White, pro se, states that the due date for Plaintiff's response to the defendants' motion for dismissal or summary judgment is September 28, 2007; and the time afforded is not sufficient for the following reasons:

1. That Plaintiff, was relocated to Porter County Jail in Valparaiso, Indiana, on a temporary basis: Robert White R-08350-027, 2755 South State Road 49, Valparaiso, IN 46383.

2. That on September 24, 2007, Plaintiff was transferred from said facility to the Metropolitan Correctional Center, located at 71 West Van Buren Street, in Chicago, Illinois.

3. That while at the Porter County Jail, Plaintiff was without access to a computer. That said facility does not have a law library, nor legal research materials available for Plaintiff's use.

4. That all case notes, and other documents associated with this case, necessary to prepare a response to the Defendants' motion to dismiss, are located at the federal prison camp in

Duluth, Minnesota.

5. That the date of return to the Duluth facility is unknown at this time by Plaintiff.

6. That for the reasons stated herein, an extension of thirty (30) days is hereby requested.

7. That this request is not being made for dilatory purposes.

8. That the granting of Plaintiff's request will not harm the position of the Defendants.

9. That due to the temporary placements, Plaintiff has been unable to advise opposing counsel(s) of his dilemma and contemporaneously mails a copy of this pleading this date.

WHEREFORE, Plaintiff, moves this Court to enlarge the deadline for the filing of Plaintiff's response to the government's request for dismissal or summary judgment, to and including October 25, 2007, and for all such other relief in the premises as the court deems fit and proper.

RESPECTFULLY SUBMITTED,

*Robert White*
ROBERT WHITE, Pro Se
Temporary Address: _____

Metropolitan Correctional Center
71 WestVan Buren Street
Chicago, Illinois 60605

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001

| | |
|---|---|
| ROBERT WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 07-0838(JDB) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATIONS, | ) |
| UNITED STATES ATTORNEYS, | ) |
| and | ) |
| INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

The Undersigned does hereby certify that on the 26th day of September, service of this pleading was made upon defendants by facsimile transmission, to-wit:

JEFFREY A. TAYLOR, D. C. BAR #498610
United States Attorney

RUDOLPH CONTERAS, D. C. BAR #434122
Assistant United States Attorney

JONATHAN C. BRUMER, D. C. BAR #463328
Special Assistant United States Attorney
555 Fourth Street, N. W., Room E4815
Washington, D. C. 20530
Telephone No. (202) 514-7431
Facsimile Line: (202) 514-8780

_Robert White_
ROBERT WHITE, Pro Se
Address: _____

Temporary Address: Robert White #08350-027
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois 60605

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001

| | |
|---|---|
| ROBERT WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO.  07-0838(JDB) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATIONS, | ) |
| UNITED STATES ATTORNEYS, | ) |
| and | ) |
| INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendants. | ) |

PROPOSED ORDER

This matter is before the Court on Plaintiff's motion for extension of time to respond to Defendants' Motion to Dismiss or for Summary Judgment. Plaintiff, proceeding *pro se*, is advised of the following:

Plaintiff is GRANTED to and including the 26th day of October, 2007 to respond to defendants' motion to dismiss or for summary judgment. If plaintiff does not respond by that date, the Court will treat the motion as conceded and may dismiss plaintiff's case.

/s/_____
JOHN D. BATES, United States District Judge

DATED: _____, 2007