UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT WHITE,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>UNITED STATES ATTORNEYS,<br><br>and<br><br>INTERNAL REVENUE SERVICE,<br><br>  Defendants. | Civil Action No. 07–0838 (JDB) |

## NOTICE OF PLAINTIFF'S ADDRESS

The undersigned counsel for the Defendants, the Federal Bureau of Investigation, the United States Attorney's Office, and the Internal Revenue Service, respectfully states as follows:

1. On August 24, 2007, the undersigned counsel filed a Corrected Notice of Plaintiff's Address in which he advised the Court that he had learned "that the *pro se* Plaintiff, Robert White was recently transferred from the Federal Prison Camp in Duluth, Minnesota to a prison in Indiana." See Docket Entry No. 12-2. Although it is technically Plaintiff's obligation to notify the Court and other parties of changes in his address[1], as a courtesy to the Court, and in order to ensure that Plaintiff would continue to receive the Defendants' filings and the Court's orders, the Defendants advised the Court in that Notice of Plaintiff's new temporary mailing address at the prison in Indiana. Id. Defendants further noted in that filing that "[i]t is expected that Plaintiff

---

[1] See, e.g., LCvR 5.1(e); Rauch v. Chertoff, 451 F.Supp.2d 147, 149, n. 3 (D.D.C. 2006); McCants v. Glickman, 180 F.Supp.2d 35, 39 (D.D.C. 2001)

will be returned to the Federal Prison Camp in Duluth, Minnesota within the next few months, although the undersigned counsel has not been able to ascertain the date on which that will occur" and that "[t]he undersigned counsel will certainly notify the Court if he is informed of that date." Id.

    2. On August 24, 2007, the Court issued an order in which it ordered that Plaintiff respond to *Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment* by September 28, 2007, and warned that "[i]f plaintiff does not respond by that date, the Court will treat the motion as conceded and may dismiss the case." See Docket Entry No. 13.

    3. On September 28, 2007, Plaintiff filed a Motion for Enlargement of Time in which he requested that his deadline for responding to the *Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment* be extended from September 28, 2007 to October 25, 2007. See Docket Entry No. 14. In his motion, he argued, among other things, that he needed additional time because he had been transferred from the Federal Prison Camp in Duluth, Minnesota to an Indiana jail and another facility, and that the materials he needed to prepare his Opposition were at the Federal Prison Camp in Duluth, Minnesota. Id. The Court granted Plaintiff's Motion for Enlargement on October 1, 2007. See October 1, 2007 Minute Order.

    4. This week the undersigned counsel learned that the Plaintiff was returned to Federal Prison Camp in Duluth, Minnesota on October 2, 2007, that Plaintiff has been housed at that facility since that date, and that he is currently confined there. Consequently, the address listed in Plaintiff's Complaint and on the Court's docket sheet is once again accurate. Thus, to the best of the undersigned counsel's knowledge, Plaintiff's physical location has not been an impediment to his preparation of an Opposition to *Defendant's Motion to Dismiss, or in the Alternative, for*

*Summary Judgment* since October 2, 2007, for the past fifty (50) days.

Dated: November 21, 2007                    Respectfully Submitted,


__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 21st of November, 2007, the foregoing *Notice of Plaintiff's Address* was served on plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

Robert White
R 08350-027
DULUTH FEDERAL
 PRISON CAMP
Inmate Mail/Parcels
P.O. Box 1000
Duluth, MN 55814

s/Jonathan C. Brumer
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 4th Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)