UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Robert White,

    Plaintiff,

       v.                                   Civil Action No. 07-0838 (JDB)

Federal Bureau of Investigation *et al.*,

    Defendants.

ORDER

      Plaintiff, a prisoner at the Federal Prison Camp in Duluth, Minnesota, was ordered to respond to defendants' dispositive motion by September 28, 2007. On that date, however, plaintiff filed a motion to enlarge the response time by 30 days in light of his transfers to the Porter County Jail in Valparaiso, Indiana, and on September 24, 2007, to the Metropolitan Correctional Center in Chicago, Illinois. Plaintiff's motion was granted by Minute Order filed October 1, 2007, but the order was mailed to the Porter County Jail from which plaintiff had been removed. Thus, plaintiff may not have received that order. On November 21, 2007, defendants notified the Court that plaintiff has been back at the Federal Prison Camp since October 2, 2007. Although defendants have certified that they served a copy of the notice on plaintiff, he has not responded to the notice or to defendants' dispositive motion. It is unclear if plaintiff has been properly notified of the deadline for his response to the dispositive motion. Accordingly, it is

      ORDERED that the time for plaintiff to respond to defendants' dispositive motion is ENLARGED. Plaintiff shall file his response by **January 10, 2008**, or, as previously advised in

the Order of August 24, 2007, the Court will treat the motion as conceded and may dismiss the case.

s/
JOHN D. BATES
United States District Judge

Dated: December 10, 2007