# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert White ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| Federal Bureau of Investigation, ) | Civil Action No.07-0838 (JDB) |
| ) | |
| United States Attorneys, ) | ECF |
| and ) | |
| Internal Revenue Service ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Raymond A. Martinez and remove the appearance of Special Assistant United States Attorney Jonathan Brumer as counsel of record for Defendant in the above-captioned case.

Dated: January 28, 2008    Respectfully submitted,

        /s/ Raymond A. Martinez
Raymond A. Martinez
Special Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-9150
Fax: (202) 514-8780
Raymond.Martinez2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28h day of January I caused the foregoing Notice of Substitution of Counsel to be served on Plaintiff's **Robert White**, via first class, postage pre-paid mail, addressed as follows:

Robert White
R 08350-027
Porter CountyJail
2755 South State Road 49
Valparaiso, Indiana 46383
.

    /s/   Raymond A. Martinez
           Raymond A. Martinez