UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert White,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>Federal Bureau of Investigation *et al.*,<br><br>　　　Defendants. | Civil Action No.  07-0838 (JDB) |

ORDER

By Order of August 24, 2007, plaintiff was directed to respond by September 28, 2007, to defendants' dispositive motion.  On plaintiff's motion, the deadline was extended to October 26, 2007, and, *sua sponte*, to January 10, 2008.  *See* Order (Dec. 10, 2007).  Plaintiff was warned twice that his failure to respond to defendants' motion could result in dismissal of the case.  Yet, plaintiff has not responded to the motion or sought additional time to do so.  Accordingly, it is

**ORDERED** that defendants' motion to dismiss [Dkt. No. 9] is **GRANTED** as conceded; and it is

**FURTHER ORDERED** that this case is **DISMISSED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 s/
　　　　　　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: January 31, 2008